| AO-10<br>Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, §§101-111) |

| Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KOPF, Richard G. | United States District Court<br>District of Nebraska | 04/08/92 |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br>Article III Judge<br>(Active) | 5. Report Type (check appropriate type)<br>X Nomination, Date 04/07/92<br>__ Initial __ Annual __ Final | 6. Reporting Period<br>Calendar year '91<br>& within 30 days<br>of nomination |
| 7. Chambers or Office Address<br><br>P.O. Box 457<br>Omaha, Nebraska 68101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

I. **POSITIONS.** (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions) | |
| | |
| | |

II. **AGREEMENTS.** (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements) | |
| 12/86 | Cook & Doyle, P.C. Noncompetition agreement with former law firm. |
| | I receive $2,400.00 per year for six (6) years. |

III. **NON-INVESTMENT INCOME.** (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| | Noncompetition agreement, Cook & Doyle, P.C., former | $ 2,400.00 |
| | law firm, regarding agreement prior to appointment. | $ |
| | W-2 income, United States Courts | $112,907.00 |
| | Taxable refund, State of Nebraska | $ 497.00 |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | KOPF, Richard G. | 04/08/92 |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children: use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children: use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children: indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| Cook & Doyle, P.C. | Loan | J |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| KOPF, Richard G. | 04/08/92 |

## VII. INVESTMENTS and TRUSTS -- income. value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month- Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Savings Account Lexington State Bank | A | Int. | J | T | None | | | | |
| 2 First National Bank Omaha, Nebraska | A | Int. | J | T | None | | | | |
| 3 New York Life Insurance Co. cash value life insurance | A | Int. | J | T | None | | | | |
| 4 or policy loan not exceed- ing cash value | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 Principal Life Insurance Co. cash value life insurance | A | Int. | J | T | None | | | | |
| 7 or policy loan not exceed- ing cash value | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 Lincoln National Life Insurance Co., cash value | A | Int. | J | T | None | | | | |
| 10 life insurance or policy loan not exceeding cash value | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | | 04/08/92 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

My children receive social security benefits arising out of the death of their mother.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date ___April 8, 1992___

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC  20544

---

Digitized by Google